**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Manuel–Calixt MENDEZ,**
**Defendant–Appellant.**

**No. 14–6774.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 30, 2014.

Jose Manuel–Calixt Mendez, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Manuel–Calixt Mendez appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mendez,* No. 7:09–cr–00052–FL–1 (E.D.N.C. Apr. 18, 2014). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*